32

(No. 73-CC-356—Claimant )

FOSTER G. MC GAW HOSPITAL, LOYOLA UNIVERSITY OF CHICAGO, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed August 2, 1973.*

FOSTER G. MC GAW HOSPITAL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 73-CC-367—Claimant )

HAZELTINE CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC HEALTH, Respondent.

*Opinion filed August 2, 1973.*

SAMUEL WEISBARD AND BYRON L. GREGORY, Attorneys for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.